JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorneys
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6495/5046
    Facsimile: (213) 894-0141
    E-mail:   kevin.butler2@usdoj.gov
             jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-01494-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING DOCUMENTS |
| v. | |
| EUGENE HENLEY, JR., et al., | **(UNDER SEAL)** |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrants, search warrants, and all attachments thereto, the application for the criminal complaint, arrest warrants, search warrants, and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Jena A. MacCabe, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as any defendant in this case is arrested, at which time the documents will be deemed automatically unsealed, or until the government determines that

1

these materials are subject to its discovery obligations in connection with criminal proceedings or other obligations under the Federal Rules of Criminal Procedure, at which time they may be produced to defendants.

IT IS SO ORDERED.

March 17, 2025  
DATE

*Patricia Donahue*  
HON. PATRICIA DONAHUE  
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

_____  
DATE

_____  
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/  
KEVIN J. BUTLER  
Assistant United States Attorney

2