FILED

025 MAR 19 PM 2:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: mmc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br><br>Armani            Aflleje<br>USMS# _____    DEFENDANT | CASE NUMBER:<br>2:25-MJ-01494-DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/19/2025      ☐ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes   ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes   ☒ No

4. Charges under which defendant has been booked:

   Title 18 USC 2421(a)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Fernando Basulto (213)276-4490

10. Remarks (if any): _____

11. Name: Ramesh Ganesh    (please print)

12. Office Phone Number: 310-477-6565          13. Agency: FBI

14. Signature: _____                   15. Date: 03/19/2025

CR-64 (05/18)               REPORT COMMENCING CRIMINAL ACTION