# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2025
CENTRAL DISTRICT OF CAL.
BY

PACTS No: 9777653

**Passport Receipt**

Defendant Name: Armani Aflleje
Name on passport, if different: Armani Mone Affleje
Country of Origin: USA
Ordered by court in the Central District of California
Docket Number: 2:25-MJ-01494

U.S. Probation & Pretrial Services
Los Angeles - Roybal

Armani Aflleje
Surrendered By

03/20/2025
Date

Maria Guerrero
Received By

03/20/2025
Date

Returned To

Date

Surrendered By

Date

Purpose Returned
Address (if mailed)