FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

2025 MAR 20 AM 10: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| UNITED STATES OF AMERICA<br>V. | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-MJ-01494-DUTY |
| Eugene       Henley Jr<br>USMS# _____<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/19/2025 _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☑ No

4. Charges under which defendant has been booked:

   18 USC 1962(d)

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1966

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Fernando Basulto

10. Remarks (if any): _____

11. Name: SA Neomi Carter   (please print)

12. Office Phone Number: (213) 300-3664           13. Agency: FBI

14. Signature: [signature]                         15. Date: 03/19/2025

CR-64 (05/18)           REPORT COMMENCING CRIMINAL ACTION