**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA  DATE FILED: 3/17/2025 |
|---|---|
| v. | CASE NUMBER: 2:25-mj-01494-DUTY  ☐ Under Seal |
| Eugene Henley Jr | INIT. APP. DATE: 3/20/2025  TIME: 1:30 PM |
| | CHARGING DOC: Complaint & Warrant |
| | DEFENDANT STATUS: In Custody |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | VIOLATION: |
| | COURTSMART/REPORTER: C/S 3/20/2025 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** A. Joel Richlin

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Claudia Garcia-Marquez    Kevin Buttler & Jena MacCabe    N/A
*Deputy Clerk*    *Assistant U.S. Attorney*    *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: John Targowski    ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution

Ordered (see separate order)    ☐ Special appearance by: _____

☑ Government's request for detention is:  ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT**    ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☑ Preliminary Hearing set for 04/03/2025    at 11:30 AM    in Los Angeles
☑ Post-Indictment Arraignment set for: 04/08/2025    at 11:30 AM    in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only:  ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause:  ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights.  ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____

☑ Case continued to (Date) 03/31/2025    (Time) TBD    ☐ AM / ☐ PM
☑ Type of Hearing: Detention Hearing    Before Judge A. Joel Richlin /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom    ☑ Judge's Courtroom 780

☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).
☑ Other: Mr. Targowski has been appointed for the defendant's initial appearance and tentatively appointed for the detention hearing. Defendant is granted two weeks to secure retained counsel. If retained counsel is not secured within that time, the panel attorney is instructed to contact the Court to schedule a possible contribution order.

RECEIVED: ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10    ☑ READY    Deputy Clerk Initials CGM : 17